BARBARA ARNOLD, Esq.
Law Office of Barbara Arnold
825 Washington Street
Suite 307
Oakland CA 94607
Tel: 510-984-2992
Fax: 510-903-2377
Email: ba@barbaraarnoldlegal.com
CAL. BAR NO. 274487
Attorney for Alexander J. Clemmons, PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER J. CLEMMONS, | Case No. 18-CV-00578-LHK |
| Plaintiff, | |
| v. | STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME FOR PLAINTIFF'S REPLY |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to reply to Defendant's Cross-Motion for Summary Judgment shall be extended to December 26, 2018. This is Plaintiff's first request for extension of time on filing reply. Plaintiff's counsel requires additional time because she contracted flu and was sick from December 6-11, 2018, causing frustration in capacity to review Defendant's Cross-Motion and Memorandum of Law in support thereof. Plaintiff has contacted Defendant's counsel about this proposed extension of time, and

Defendant's counsel has no objection. The parties agree that Plaintiff shall has an extension of one week, to December 26, 2018, to file reply, and that all other deadlines shall be accordingly extended.

Respectfully Submitted,

Dated: December 14, 2018  /s/ *Barbara Arnold*
BARBARA ARNOLD
Attorney for Plaintiff

Dated: December 14, 2018  ALEX G. TSE
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Counsel Chief, Region IX
Social Security Administration

By  /s/ *Donna W. Anderson**
Donna W. Anderson
Special Assistant U.S. Attorney
*as authorized by email

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: DECEMBER 14, 2018

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP AND PROP ORDER FOR EXTENSION OF TIME TO FILE REPLY